11-9-25

Richard W. Poke, Jr.
Trustee-USA
309 Belmont St.
A-3
Worcester MA 01604

U.S. District Court
Office of the Clerk
55 Pleasant St.
Concord NH 03301

RE: U.S. Bankruptcy Court
Real Estate Trustee
Richard W. Poke, Jr.

Dear Clerk,
 Please mark, file, docket open the case set forth. Send me 2 Civil Cover sheets, Court fee waiver forms, 2 docket reports and copies of the Complaint.

 Thank You,
 Richard W. Poke, Jr.
 Trustee-USA

U. S. District Court
of
Massachusetts and New Hampshire
Worcester, S.S., Merrimack, S.S.

United States Bankruptcy Court
Trustee/Debtor Richard W. Paey Jr.
Phyllis M. Porter
debtor
v.                                  Complaint
City of Framingham,
Town of Wakefield
Town of Wilmington

Petitions being discharged and order closed 1988-2001 United States Bankruptcy Court affecting Real Estate Property that I am the Trustee of and owner 3 homes with a value of $1,000,000. one million dollars each. All broken into and sold at a sham foreclosures sales. The Creditors had no Motion of relief to foreclose on any Real Estate. 260 Grove St. Framingham MA was fraudulently Mortgaged by Raymond C. Green Inc. in my dead fathers name Richard W. Paey who died 5-4-1982.

Then broken into and sold 5 times while the Deeds were in my legal name Richard W. Rose, Jr., 17 Batson St., Wakefield MA in U.S. Bankruptcy Court 6 times 1988-2001 debtor Phyllis M. Rose my mother is Federal and State owned Real Estate Trust. The Wakefield Police Dept. swore an arrest warrant out on me causing my arrest 11-18-2020 for violation of a restraining order Malden District Court 3-31-2017 for Richard Rose, 825 Newton St. Boston MA not me at all false arrest and held in custody for 4 3/4 years. The Town of Wilmington denied me an occupancy permit on 31 Winston Ave., Wilmington MA a Modular Home and took $8,000.- of Phyllis Rose's money and never paid me for 450' of road work and water main.

Complainant, Trustee, Owner:

Richard W. Rose, Jr.
Trustee